**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Robert COTTER, Defendant–Appellant.**

No. 09–14673
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 13, 2010.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Donna Lee Elm, Jacksonville, FL, James H. Burke, Jr., Federal Public De-

fender, Jacksonville, FL, for Defendant–Appellant.

Before CARNES, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for James Robert Cotter in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cotter's conviction and sentence are **AFFIRMED.**